

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAUL SARABIA, JR, | § | No. 08-22-00064-CR |
| Appellant, | § | Appeal from the |
| v. | § | 207th Judicial District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| Appellee. | § | (TC# CR2018-305) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below and grant counsel's motion to withdraw. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF DECEMBER, 2022.

SANDEE B. MARION, Chief Justice (Ret.)

Before Rodriguez, C.J., Alley, and Marion, C.J.(Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)